In the Matter of Proving the Last Will and Testament of GIUSEPPE L. MAGGIO, Deceased, as a Will of Real and Personal Property. LOUIS MAGGIO, Appellant; MARIA VANACORE MAGGIO, Respondent.— Decree of the Surrogate's Court, New York county, denying probate to instrument purporting to be the last will of Giuseppe L. Maggio, and order denying motion for resettlement of said decree, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM F. WALSH, for Himself and All Others Similarly Situated, Respondent, v. ATLAS CORPORATION (Sued Herein as " THE ATLAS CORPORATION "), FLOYD B. ODLUM and Others, Appellants, Impleaded with Others, Defendants.— Stockholder's action brought by plaintiff on behalf of the corporate defendant for an accounting, injunction and for other relief. ·Orders, so far as appealed from, denying motion of defendant corporation, appearing specially, to vacate service of summons and complaint; and denying motion of individual defendants for judgment dismissing the complaint, for a stay and for other relief, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants-appellants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LOIS Z. GUCK, Respondent, v. KING FEATURES SYNDICATE, INC., Appellant.— The action is to recover damages for wrongful discharge and is based upon a written contract of employment. Order denying defendant's motion for judgment on the pleadings affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

JOSEPH CATANZARO, JR., an Infant, by His Guardian ad Litem, JOSEPH C. CATANZARO, and JOSEPH C. CATANZARO, Respondents, v. JOHN WANAMAKER, NEW YORK, Appellant.— Action for personal injuries sustained by infant plaintiff by reason of the falling upon said infant of a marble bird bath or urn in defendants' store, and for loss of services and medical expenses. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ANNA ROSEN and CHARLES ROSEN, Respondents, v. 2070 DAVIDSON AVENUE CORPORATION, Appellant.— Action for personal injuries sustained by plaintiff Anna Rosen, and for loss of services by her husband, Charles Rosen. Plaintiffs occupied an apartment in a tenement house owned by defendant. Part of the equipment in their apartment consisted of a clothes dryer made of iron and suspended by ropes and pulleys from bars attached to the ceiling. One end of the dryer fell and struck plaintiff Anna Rosen on the head and neck. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.